UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. _____

(*Electronically Filed*)

| | |
|---|---|
| MARIE ROBERTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| AMERICAN RED CROSS, and | ) |
| | ) |
| UNKNOWN DEFENDANT, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Comes the Defendant, American National Red Cross, incorrectly identified in the Complaint as American Red Cross, by counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Eastern District of Kentucky at Lexington, states as follows:

1. American Red Cross is a named Defendant in a lawsuit filed by Plaintiff, Marie Robertson, on March 16, 2022, in the Fayette Circuit Court, Fayette County, Kentucky, designated as Case No. 22-CI-00714, hereinafter referred to as the "Action." Plaintiff has also joined "Unknown Defendant," who is identified as the driver of the Wheels bus involved in the incident.

2. The Action is a civil action wherein Plaintiff seeks damages arising from an incident that occurred on a Red Cross "Wheels" bus on May 7, 2021. Specifically, Plaintiff alleges that, as a result of the driver's negligent act as she attempted to exit the bus, she fell to the ground and was injured. Plaintiff seeks compensatory damages and pre-judgment interest, as well as costs associated with the litigation.

3. Upon information and belief, Defendant believes that Plaintiff is now, and was at the time of the filing of this Action and at all intervening times, a resident of Fayette County Kentucky. See Complaint, ¶ 1. The underlying facts giving rise to Plaintiff's allegations occurred in Fayette County, Kentucky.

4. Defendant American National Red Cross is now, and was at the time of the filing of the Action and at all intervening times, a corporation organized by act of the United States Congress in the District of Columbia, with its principal place of business in the District of Columbia.

5. Defendant American National Red Cross (incorrectly named as American Red Cross) first received notice of the Action by certified mail on March 18, 2022, at which time it was determined that federal subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1441(a), (b) exists over American National Red Cross by virtue of 36 U.S.C. § 300105(a)(5).

6. The Action is properly removed to this Court pursuant to 28 U.S.C. §1441. Federal subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1441(a), (b) exists over American National Red Cross by virtue of 36 U.S.C. § 300105(a)(5), a provision of its federal charter granting it the power to "sue and be sued in courts of law and equity, State or Federal, within the jurisdiction of the United States."

7. The United States Supreme Court has construed the "sue and be sued" provision of the American National Red Cross' charter as conferring "original jurisdiction on federal courts over all cases to which the Red Cross is a party, with the consequence that the organization is thereby authorized to remove from state to federal court any state-law action it is defending." *American National Red Cross v. S.G.*, 505 U.S. 247, 248, 112 S.Ct 2465, 120 L.Ed.2d 201 (1992).

8. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached all process, pleadings, and other documents served upon Defendant in the State Court Action to this Notice of Removal. (*See* **Exhibit A**).

9. This Notice is filed within thirty (30) days after receipt of the Summons and initial pleading setting forth the claim for relief in this Action, and the time for filing this Notice under the statutes of the United States has not expired.

10. Defendant reserves the right to amend or supplement this Notice of Removal. By filing this Notice of Removal, Defendant does not waive any defense that may be available to it.

11. Pursuant to 28 U.S.C. § 1446(d), Defendant hereby certifies that it has notified all adverse parties of this Notice of Removal in the State Court Action by filing a "Notice of Filing Notice of Removal" attaching a copy of this "Notice of Removal" with the Clerk of the Fayette Circuit Court, which will send notifications of same to all counsel/parties and by mailing a copy to Plaintiff's counsel via Certified Mail, Return Receipt Requested. (*See* Notice of Filing Notice of Removal, attached as **Exhibit B**).

**WHEREFORE**, Defendant American National Red Cross, incorrectly identified in the Complaint as American Red Cross, respectfully requests that the United States District Court for the Eastern District of Kentucky effectuate the removal of this case.

Respectfully submitted, this 5th day of April, 2022.

**WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP**

*/s/ W. Douglas Kemper*_____
W. Douglas Kemper (Ky. Bar No. 84805)
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
(502) 238-7860
(502) 238-7995(Fax)
Doug.Kemper@wilsonelser.com
*Counsel for Defendant, American National Red Cross*

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of April, 2022, a copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Court using the CM/ECF system and was served by Certified Mail, Return Receipt Requested, to the address below:

David Noble
Morgan & Morgan, Kentucky PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
*Counsel for Plaintiff*

                                     */s/ W. Douglas Kemper*
                                     *Counsel for Defendant, American National Red Cross*