# Exhibit A

**UNITED STATES POSTAL SERVICE**

Date Produced: 03/21/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8369 5181 83. Our records indicate that this item was delivered on 03/18/2022 at 10:39 a.m. in LEXINGTON, KY 40511. The scanned image of the recipient information is provided below.

Signature of Recipient :   *[signature: Tracy Dunn KT]*

Address of Recipient :    1450 NEWTOWN PIKE
                          LEXINGTON, KY 40511

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    C3299849.19235188

NOT ORIGINAL DOCUMENT
03/22/2022 11:15:11 AM
84805

*Electronically Filed*

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
CIVIL ACTION NO. 22-CI-_____
DIVISION __

**MARIE ROBERTSON**     PLAINTIFF

v.

**AMERICAN RED CROSS**
    Serve: Lynn Washbish
           1450 Newtown Pike
           Lexington, KY 40511

&

**UNKNOWN DEFENDANT**     DEFENDANTS
    Serve: Unknown Defendant
           1450 Newtown Pike
           Lexington, KY 40511

## COMPLAINT

The Plaintiff, Marie Robertson, for her Complaint against the Defendants, American Red Cross, and Unknown Defendant states as follows:

1. The Plaintiff, Marie Robertson, is a resident of the Commonwealth of Kentucky, residing at 1678 Alexandria Drive, Apt. 5, Lexington, KY 40504.

3. The Defendant, American Red Cross is and all times hereto was an organization whose local place of organization is 1450 Newtown Pike, Lexington, KY 40511.

4. The Defendant, Unknown Defendant, is believed to be a resident of the Commonwealth of Kentucky and was operating the American Red Cross vehicle at the time of the incident that gave rise to this lawsuit.

5. The incident which forms the basis of this litigation occurred on May 7, 2021, on a "Wheels" bus being operated in Lexington, Fayette County, Kentucky.

Presiding Judge: HON. JEFFREY TAYLOR (622421)
COM : 000001 of 000003

6.    The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

7.    On or about May 7, 2021, the Plaintiff was exiting a "Wheels" bus in Lexington, Kentucky when the driver of the bus closed the door on her leg. When the driver realized what happened, and opened the door, Plaintiff fell to the ground.

8.    Unknown Defendant negligently operated the bus door which directly caused Plaintiff's injuries.

9.    At all relevant times, Unknown Defendant was acting within the scope of their employment with American Red Cross.

10.   At all relevant times, the American Red Cross was responsible for the safe operation of the aforementioned Wheels bus, the Unknown Defendant's actions and for properly securing disabled passengers and breached their duty of care as described in the aforementioned paragraphs.

11.   That as a direct and proximate result of the aforementioned negligence of the Defendants, Plaintiff suffered temporary and permanent injuries causing great physical, mental pain, emotional distress and anguish and the loss of enjoyment of life and will continue to suffer such damage in the future, the injuries being permanent in nature; that the Plaintiff is subject to increased risk of future harm; has lost wages and that the ability to earn wages in the future is impaired; that the Plaintiff has incurred large sums of money for physicians and medical expenses in treatment of said injuries and will be required to incur large sums of money for physicians and medical expenses in the future, and injuries being permanent in nature.

Filed 22-CI-00714 03/16/2022 Vincent Riggs, Fayette Circuit Clerk
Case: 5:22-cv-00085-DCR Doc #: 1-1 Filed: 04/05/22 Page: 5 of 5 - Page ID#: 9

NOT ORIGINAL DOCUMENT
03/22/2022 11:15:11 AM
84805

**WHEREFORE**, Plaintiff, Marie Robertson, demands judgment against Defendants, American Red Cross and Unknown Defendant, as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and

E. For any and all other relief to which the Plaintiff is entitled.

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiffs as a result of this action as follows: NGHP, P.O. Box 138832, Oklahoma City, OK 73113; and Passport c/o Conduent, P.O. Box 30114, Salt Lake City, UT 84130.

**RESPECTFULLY** submitted this 16th day of March, 2022

/s/ David Noble
DAVID NOBLE
Morgan & Morgan, Kentucky PLLC.
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 286-8365
Facsimile: (859) 899-8111
Email: dnoble@forthepeople.com